

## Supreme Court of Missouri
en banc

January 13, 2026

In re: Cierra Randazzo-Scott,   )
                                )  No. SC101386
   Respondent.                  )  MBE# 74125

### ORDER

The Chief Disciplinary Counsel filed an information and motion for reciprocal discipline pursuant to Rule 5.20 advising this Court that Respondent, Cierra Randazzo-Scott, was suspended for one year by the Illinois Supreme Court in *In the Matter of: CIERRA RANDAZZO-SCOTT, Respondent, No. 2024PR00049.*

Said discipline was the result of conduct that violated the Illinois Rules of Professional Conduct, and said conduct is a violation of Rules 4-5.5, 4-3.3, 4-8.1, and 4-8.4(c) of the Missouri Rules of Professional Conduct; and

On November 24, 2025, this Court issued a show cause order to Respondent, and Respondent filed her response on December 17, 2025.

This Court finds that Respondent has violated the Rules of Professional Conduct and should be disciplined.

Now, therefore, this Court sustains the motion for reciprocal discipline, and Respondent, hereby, is disbarred, her right and license to practice law in the State of Missouri is canceled, and her name is stricken from the roll of attorneys in this state.

It is further ordered that Respondent comply in all respects with Rule 5.27 – Procedure Following a Disbarment or Suspension Order.

Fee pursuant to Rule 5.19(k) in the amount of $2,000.00 payable to the Clerk of this Court to the credit of the Advisory Committee Fund taxed to Respondent.

Costs taxed to Respondent.

Day - to - Day

W. Brent Powell
Chief Justice

STATE OF MISSOURI – SCT.:

I, BETSY LEDGERWOOD, Clerk of the Supreme Court of Missouri, do hereby certify that the foregoing is a true copy of the order of said court, entered on the 13th day of January, 2026, as fully as the same appears of record in my office.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Supreme Court Done at office in the City of Jefferson, State aforesaid, this 13th day of January, 2026.



_____Betsy Ledgerwood_____, Clerk

_____Ashlee Aupp_____, Deputy Clerk

# OFFICE OF CHIEF DISCIPLINARY COUNSEL 

SUPREME COURT OF MISSOURI

3327 AMERICAN AVENUE
JEFFERSON CITY, MISSOURI 65109-1016
PHONE: (573) 635-7400
FAX: (573) 635-2240

January 14, 2026

In Re:   Cierra Nichole Randazzo-Scott
MO Bar No. 74125
8338 W. Main Street
Belleville, IL  62223

Enclosed please find Order of the Missouri Supreme Court dated January 13, 2026. **The effective date of this order is January 28, 2026.**